UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 FEB 27 A 11: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

**ORLANDO LOPEZ,**
        **Plaintiff**

v.

**INSURANCE RESTORATION
SERVICES, INC., FRANK BELOTTI,
NADINE D. PHINNEY and
EMC MORTGAGE CORPORATION**
        **Defendants**

04-40028-NMG

**PETITION FOR REMOVAL PURSUANT TO 28 U.S.C. § 1441**

    NOW COMES EMC Mortgage Corporation ("EMC"), by and through counsel, Ablitt & Caruolo, PC, and requests that this Honorable Court grant this petition to remove respondent's case which is currently in Worcester Housing Court to the U.S. District Court. As grounds therefor, EMC hereby incorporates all process, pleadings and orders served on defendant in the case below in compliance with 28 U.S.C. § 1446(a), and states the following in compliance with 28 U.S.C. 1446 (b):

1. Respondent filed his original complaint in the Housing Court Department, Worcester Division, on or about January 12, 2004;

2. This case was given docket number 03-CV-723;

3. The original complaint asserted claims for damages exceeding the federal amount in controversy threshold;

4. Respondent's original complaint lists plaintiff and defendant EMC as residing in separate states;

5. The original complaint is that pleading "from which it [was] . . . ascertained that the case is one which is or has become removable." 28 U.S.C. §1442(b);

6. As of December 30, 2002, plaintiff seeks a minimum of $81,079.46 in damages for not including statutory damages under M.G.L. Chapter 93A.

7. Relying upon this Court's derivative jurisdiction, and on respondent's complaint, petitioner asserts that the damages asserted exceed the level of $75,000.00 sufficient to confer diversity jurisdiction in the federal court;

8. Petitioner requests that this case be removed to the federal court pursuant to 28 U.S.C. §1332 and § 1441.

FILING FEE PAID
RECEIPT #:
AMOUNT: $150.00
BY DPTY CLK:
DATE: 2/27/04

WHEREFORE, EMC Mortgage Corporation hereby requests that this Honorable Court:

    I.    Grant EMC's Petition to Remove this case to U.S. District Court for the district of Massachusetts;

    II.    Any other relief this Court determines is fair and just.

    Respectfully submitted,
EMC Mortgage Corporation,
By its Attorneys,

ABLITT & CARUOLO, PC

_____
William M. Walsh (545398)
Steven A. Ablitt (641816)
Brian R. Hachey (647710)
333 North Ave – 4th Floor
Wakefield, MA 01880
(781) 246-8995

DATE: February 10, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ORLANDO LOPEZ,
Petitioner

v.

INSURANCE RESTORATION SYSTEMS, INC.,
FRANK BELOTTI, NADINE D. PHINNEY, and
EMC MORTGAGE CORPORATION
Respondents

Case No.

04-40028

### CERTIFICATE OF SERVICE

I, Brian R. Hachey, hereby certify that I caused the Notice of Transfer, Civil Cover Sheet and Civil Category Sheet by first-class mail upon the following parties this 26th day of February, 2004:

Craig T. Ornell, Esq.
Ornell Law Offices, PC
592 Main Street
Worcester, MA  01608

Insurance Restoration Systems, Inc.
440 Hanover Street
Manchester, NH  03104

Frank Belloti
P.O. Box 3553
South Attleboro, MA  02703

Nadine D. Phinney
61 Elmwood Avenue
Attleboro, MA  02703

Nadine D. Phinney
P.O. Box 3553
South Attleboro, MA  02703

_____
Brian R. Hachey

**04-40028 -NMG**

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ORLANDO LOPEZ

*(filing stamp: 2004 FEB 27 A 11:39 — DISTRICT COURT MASS.)*

**(b)** County of Residence of First Listed Plaintiff: **WORCESTER**
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
INSURANCE RESTORATION SYSTEMS, INC., FRANK BELOTTI, NADINE D. PHINNEY, EMC MORTGAGE CORPORATION

County of Residence of First Listed: **HILLSBOROUGH (NH)**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
CRAIG T. ORNELL
ORNELL LAW OFFICES, P.C.
592 MAIN STREET
WORCESTER, MA 01608   (508) 797-9655

Attorneys (If Known)
WILLIAM M. WALSH
STEVEN A. ABLITT
BRIAN R. HACHEY
ABLITT + CARUOLO, PC
333 NORTH AVE, 4TH FL.
WAKEFIELD, MA 01880
(781) 246-8995

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☒ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**DIVERSITY JURISDICTION 28 U.S.C. § 1332**

PLAINTIFF CLAIMS BREACH OF CONTRACT, FIDUCIARY DUTY, NEGLIGENCE, M.G.L. 93A, FRAUD, UNJUST ENRICHMENT

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ **81,079.46**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: **2/20/04**
SIGNATURE OF ATTORNEY OF RECORD: *(signed)* B. Hachey — BRIAN R. HACHEY

FOR OFFICE USE ONLY
RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

04-40028 

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) **ORLANDO LOPEZ V. INSURANCE RESTORATION SERVICES, INC.**

FILED IN CLERKS OFFICE

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

2004 FEB 27 A 11: 39

U.S. DISTRICT COURT
DISTRICT OF MASS

- [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
- [ ] II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
- [x] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
- [ ] IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
- [ ] V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

_____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
YES [ ]    NO [x]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
YES [ ]    NO [x]

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
YES [ ]    NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
YES [ ]    NO [x]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
YES [ ]    NO [x]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [x]    Central Division [x]    Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]    Central Division [x]    Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
YES [ ]    NO [x]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME **BRIAN R. HACHEY / STEVEN A. ABLITT / WILLIAM M. WALSH**
ADDRESS **ABLITT + CARUOLO, PC   333 NORTH AVENUE, 4TH FLOOR, WAKEFIELD, MA 01880**
TELEPHONE NO. **(781) 246-8995**

(Coversheetlocal.wpd - 10/17/02)