UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CASE NO.:04-40028

FILED
CLERKS OFFICE

2004 APR -5  A 9: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ORLANDO LOPEZ,<br>Plaintiff<br><br>v.<br><br>INSURANCE RESTORATION SERVICES,<br>INC., FRANK BELOTTI,<br>NADINE D. PHINNEY,<br>EMC MORTGAGE CORPORATION,<br>Defendants | REQUEST FOR ENTRY OF<br>DEFAULT PURSUANT TO RULE<br>55(a) |

    I, Craig T. Ornell, attorney for the above-named plaintiff, Orlando Lopez, state that the complaint in this action was filed on or about November 10, 2003, and the summons and a copy of the complaint was served on defendants Insurance Restoration Services on January 28, 2004 by giving in hand to Jay Hodes, Registered Agent being at 440 Hanover Street, Manchester, NH, Frank Belotti on January 10, 2004 by delivering in hand to Nadine Phinney, agent, person in charge at time of service for Frank Belotti to 61 Elmwood Avenue, Attleboro, MA, Nadine Phinney on January 10, 2004 by delivering in hand to 61 Elmwood Avenue, Attleboro, MA, and EMC Mortgage on January 12, 2004 by delivering to Elizabeth Chalfaut, Senior Vice President , as appears from the officer's return of service; and that the defendants herein have failed to serve a responsive pleading or to otherwise defend as provided by rule.

    Therefore, I respectfully request that default be entered against the above-named defendants in this action.

Signed under the penalties of perjury, this the 31st day of March, 2004.

_____
Craig Ornell, Esquire
Ornell Law Office, P.C.
592 Main Street
Worcester, MA 01608
508-797-9655
BBO # 544396

## CERTIFICATE OF SERVICE

I, Craig T. Ornell, certify that on this date I have served a copy by first class mail, postage prepaid of the Request for Default Judgment Pursuant to Rule 55(a) upon: William Walsh, Esquire, Steven A. Ablitt, Esquire and Brian Hachey, Esquire, Ablitt & Caruolo, PC, 333 North Avenue, Fourth Floor, Wakefield, MA 01880, Insurance Restoration Systems, Inc., 440 Hanover Street, Manchester, NH 01608, Frank Belotti, PO Box 3553, South Attleboro, MA 02703, Nadine D. Phinney, 61 Elmwood Avenue, Attleboro, MA 02703 EMC Mortgage, 909 Hidden Ridge Drive, #200, Irving, Texas, 75038.

Dated: March 31, 2004

_____
Craig T. Ornell, Esquire