UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-40028

| | |
|---|---|
| Orlando Lopez, <br> Plaintiff <br><br> v. <br><br> Insurance Restoration <br> Services, Inc, <br> Frank Belotti, <br> Nadine D. Phinney, and <br> EMC Mortgage Corp., <br> Defendants | Request for Default <br> Judgment Pursuant <br> to Rule 55(b)(4) |

I, Craig T. Ornell, the undersigned attorney for the above-named Plaintiff, Orlando Lopez, request that default judgment be entered against the Defendants in the amount of $84,932.70 representing compensation for damages, attorney's fees and costs, and make affidavit that:

1. As of March 31, 2004, the plaintiff's reasonable attorney's fees totaled $3,441.62.

3. The plaintiff is seeking damages in the amount of $81,079.46, exclusive of attorney fees and costs, for damages.

4. The defendant is not an infant or incompetent person.

5. The defendant, Insurance Restoration, is not in the military service of the United States or its Allies, as defined in the Soldiers and Sailors' Relief Act of 1940, as amended, is a corporation located at 440 Hanover Street, Manchester, NH.

6. The defendant, Francis Belotti, is not in the military service of the United States or its Allies, as defined in the Soldiers and Sailors' Relief Act of 1940, as amended, is currently d/b/a Insurance Restoration Services PO Box 3553, 61 Elmwood Ave., S. Attleboro, MA.

7. The defendant, Nadine Phinney, is not in the military service of the United States or its Allies, as defined in the Soldiers and Sailors' Relief Act of 1940, as amended, is currently employed at Insurance Restoration Services PO Box 3553, 61 Elmwood Ave., S. Attleboro, MA.

8. The defendant, EMC Mortgage, is not in the military service of the United States or its Allies, as defined in the Soldiers and Sailors' Relief Act of 1940, as amended, is a corporation located at 909 Hidden Ridge Drive, #200, Irving, TX.

Signed under the pains and penalties of perjury this 31st day of March, 2004

Craig T. Ornell, Esquire
Ornell Law Office, P.C.
592 Main Street
Worcester, MA 01608
508-797-9655
BBO # 544396

## CERTIFICATE OF SERVICE

I, Craig T. Ornell, certify that on this date I have served a copy by first class mail, postage prepaid of the Request for Default Judgment Pursuant to Rule 55(b)(4) upon: William Walsh, Esquire, Steven A. Ablitt, Esquire and Brian Hachey, Esquire, Ablitt & Caruolo, PC, 333 North Avenue, Fourth Floor, Wakefield, MA 01880, Insurance Restoration Systems, Inc., 440 Hanover Street, Manchester, NH 01608, Frank Belotti, PO Box 3553, South Attleboro, MA 02703, Nadine D. Phinney, 61 Elmwood Avenue, Attleboro, MA 02703 EMC Mortgage, 909 Hidden Ridge Drive, #200, Irving, Texas, 75038.

Dated: March 31, 2004

Craig T. Ornell, Esquire