UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ORLANDO LOPEZ,
        Plaintiff

v.

INSURANCE RESTORATION
SERVICES, INC., FRANK BELOTTI,
NADINE D. PHINNEY and
EMC MORTGAGE CORPORATION
        Defendants

FILED
4:04-cv-40028'S OFFICE

APR -5 A 11: 23

DISTRICT COURT
DISTRICT OF MASS.

DEFENDANT EMC'S MOTION TO FILE IT'S ANSWER LATE

Now comes the Defendant EMC Mortgage Corporation and moves the Court to allow it to file it's answer late pursuant to FRCP Rule 12.

The Defendant asserts that a response was timely filed in the prior action at the Worcester Housing Court before transfer and now wishes to file their answer in this action.

By Their Attorneys,

Robert F. Charlton, Jr.
Ablitt & Caruolo P.C.
333 North Ave
Wakefield, MA 01880
(781) 246- 8995
BBO 081200

April 5, 2004