UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ORLANDO LOPEZ,
        Plaintiff

v.

INSURANCE RESTORATION SYSTEMS, INC.,
FRANK BELOTTI, NADINE D. PHINNEY, and
EMC MORTGAGE CORPORATION
        Defendants

Case No.  4:04-cv-40028

FILED
IN CLERKS OFFICE
2004 APR -6  A 11: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF APPEARANCE

You are hereby given notice that Robert F. Charlton, Jr appears on behalf of EMC Mortgage Corporation in this matter.

Dated: April 5, 2004

Respectfully submitted,
EMC Mortgage Corporation
By Their Attorney,

Robert F. Charlton, Jr. BBO 081200
Ablitt & Caruolo, PC
333 North Avenue
Wakefield, MA 01880
781-246-8995