UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ORLANDO LOPEZ,
          Plaintiff

v.

INSURANCE RESTORATION SYSTEMS, INC.,
FRANK BELOTTI, NADINE D. PHINNEY, and
EMC MORTGAGE CORPORATION
          Defendants

FILED
Case No. 4:04-cv-40028

2004 APR -6  A 11: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

## CERTIFICATE OF SERVICE

I Robert F. Charlton, Jr. Esq. Hereby certify that I hereby mailed on April 5, 2004 and served the Motion to:
File Late Answer, Answer and Notice of Appearance by first-class mail upon the following parties this 5th day of April, 2004:

Craig T. Ornell, Esq.
Ornell Law Offices, PC
592 Main Street
Worcester, MA  01608

Insurance Restoration Systems, Inc.
440 Hanover Street
Manchester, NH  03104

Frank Belloti
P.O. Box 3553
South Attleboro, MA  02703

Nadine D. Phinney
61 Elmwood Avenue
Attleboro, MA  02703

Nadine D. Phinney
P.O. Box 3553
South Attleboro, MA  02703

_____
Robert F. Charlton, Jr.