UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Orlando Lopez,**
       **Plaintiff,**

                                  **CIVIL ACTION**
                                  **NO.04- 40028-NMG**

      **V.**

**Insurance Restoration Services, Inc.,**
**Frank Belotti & Nadine D. Phinney,**
       **Defendants,**

### NOTICE OF DEFAULT

    Upon application of the Plaintiff, Orlando Lopez for an order of default for failure of the Defendants, Insurance Restoration Services, Inc., Frank Belotti & Nadine D. Phinney, to plead or otherwise defend as provided By Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendants have been defaulted this 22nd day of April, 2004.

                                                        **TONY ANASTAS, CLERK**

                                             **By:  /s/ Martin Castles**
                                                 **Deputy Clerk**

**Notice mailed to: all counsel/parties**
(default.not - 10/96)

                                                                                                                                                   [ntcdflt.]