UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CASE NO.:04-40028

FILED
CLERKS OFFICE

2004 APR 28  A 10: 21

| | |
|---|---|
| ORLANDO LOPEZ,<br>    Plaintiff<br><br>v.<br><br>INSURANCE RESTORATION SERVICES,<br>INC., FRANK BELOTTI and<br>NADINE D. PHINNEY,<br>    Defendants | PLAINTIFF'S MOTION FOR DEFAULT<br>JUDGMENT AND REQUEST A HEARING<br>TO ASSESS DAMAGES |

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

AND REQUEST FOR HEARING TO ASSESS DAMAGES

    Plaintiff hereby moves this Court pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure for a judgment by default in the above-entitled action against the defendants Insurance Restoration Services, Frank Belotti and Nadine D. Phinney. In support of this motion plaintiff submits the attached affidavit of Craig T. Ornell, Esquire and says that a default was entered against the defendants Insurance Restoration Services, Frank Belotti and Nadine D. Phinney on April 22, 2004, that defendants Insurance Restoration Services, Frank Belotti and Nadine D. Phinney have still failed to reply or otherwise defend the claims set forth in plaintiff's complaint, that defendants Insurance Restoration Services, Frank Belotti and Nadine D. Phinney are not an infant or incompetent, and that defendants Insurance Restoration Services, Frank Belotti and Nadine D. Phinney are not in the military service.

    WHEREFORE plaintiff respectfully requests that this court enter a judgment by default against the defendants Insurance Restoration Services, Frank Belotti and Nadine D. Phinney as to liability and schedule a hearing for the assessment of damages.

Dated: 4/28/04

Respectfully Submitted,
Orlando Lopez
By His Attorney,

Craig T. Ornell, Esquire
Ornell Law Offices, P.C.
BBO No.544396
592 Main Street
Worcester, MA 01608
508-797-9655

## CERTIFICATE OF SERVICE

I, Craig T. Ornell, certify that on this date I have served a copy by first class mail, postage prepaid of the **Plaintiff's Motion for Default Judgment and Request A Hearing to Assess Damages** upon: Robert Charlton, Esquire, Ablitt & Caruolo, PC, 333 North Avenue, Fourth Floor, Wakefield, MA 01880, Insurance Restoration Services, Inc., 440 Hanover Street, Manchester, NH 03104, Frank Belotti, PO Box 3553, South Attleboro, MA 02703 and Nadine D. Phinney, 61 Elmwood Avenue, Attleboro, MA 02703.

Dated: 4/28/04

Craig T. Ornell, Esquire