UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.:04-40028

| | |
|---|---|
| Orlando Lopez,<br>    Plaintiff<br><br>v.<br><br>Insurance Restoration<br>Services, Inc,<br>Frank Belotti,<br>Nadine D. Phinney,   and<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER FOR DEFAULT JUDGMENT

   Plaintiff having moved pursuant to Federal Rules of Civil Procedure 55(b)(2) for a judgment by default in the above-entitled action against the defendants Insurance Restoration Services, Inc., Frank Belotti and Nadine Phinney, and the court entered a Notice of Default Judgment against defendants Insurance Restoration Services, Inc., Frank Belotti and Nadine Phinney in the above-captioned matter on April 22, 2004 for failure to reply or otherwise defend the claims set forth in plaintiff's complaint. and that the defendants Insurance Restoration Services, Inc., Frank Belotti and Nadine Phinney are not incompetent, and that defendants Insurance Restoration Services, Inc., Frank Belotti and Nadine Phinney are not in the military service.

   ORDER that the default judgment be entered against the defendants Insurance Restoration Services, Inc., Frank Belotti and Nadine Phinney in the above-captioned matter as to liability and schedule a hearing for the assessment of damages.

Date: _____

_____, J.