UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 04-40028

FILED
CLERKS OFFICE

'04 APR 28 A 10: 21

| | |
|---|---|
| Orlando Lopez,<br>Plaintiff )<br> )<br> )<br> )<br>v. )<br> )<br>Insurance Restoration )<br>Services, Inc, )<br>Frank Belotti, )<br>Nadine D. Phinney, and )<br>Defendants )<br> ) | AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT |

I, Craig T. Ornell, Esquire, being duly sworn do hereby depose and say:

1. A default was entered in this action against the defendants Insurance Restoration Services, Inc., Frank Belotti and Nadine Phinney on April 22, 2004.

2. The defendant Insurance Restoration Services, Inc. is not a minor or incompetent.

3. The defendant Frank Belotti is not a minor or incompetent.

4. The defendant Nadine Phinney is not a minor or incompetent.

5. The defendant Insurance Restoration Services, Inc. is not in the military service of the United States or its Allies, as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended. Rather, defendant is a foreign corporation organized under the laws of New Hampshire and is authorized to conduct business in Massachusetts.

6. The defendant Frank Belotti is not in the military service of the United States or its Allies, as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended. Rather, defendant is presently employed as the owner of Insurance Restoration Services, Inc. in Manchester, NH, with a last known mailing address of PO Box 3553, South Attleboro, MA 02703.

7. The defendant Nadine Phinney is not in the military service of the United States or its Allies, as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended. Rather, defendant is presently employed as the President and Principal Agent of Insurance Restoration Services, Inc., in Manchester, NH, with a last known address of 61 Elmwood Lane, Attleboro, MA 02703.

Subscribed and sworn under the pains and penalties of perjury this ___ day of April 2004.

Orlando Lopez,
By His Attorney,

_____
Craig T. Ornell, Esquire
Ornell Law Offices, P.C.
592 Main Street
Worcester, MA 01608
508-797-9655
BBO # 544396

**CERTIFICATE OF SERVICE**

I, Craig T. Ornell, certify that on this date I have served a copy by first class mail, postage prepaid of the **Affidavit In Support of Motion for Default Judgment** upon: Robert Charlton, Esquire, Ablitt & Caruolo, PC, 333 North Avenue, Fourth Floor, Wakefield, MA 01880, Insurance Restoration Services, Inc., 440 Hanover Street, Manchester, NH 03104, Frank Belotti, PO Box 3553, South Attleboro, MA 02703 and Nadine D. Phinney, 61 Elmwood Avenue, Attleboro, MA 02703.

Dated: April ___, 2004

_____
Craig T. Ornell, Esquire