**United States District Court**
**District of Massachusetts**

_____

ORLANDO LOPEZ,                          )
                                        )
        Plaintiff,                      )
                                        )        **Civil Action No.**
        v.                              )        **04-CV-40028-FDS**
                                        )
INSURANCE RESTORATION SERVICES, )
INC., FRANK BELOTTI, NADINE D.          )
PHINNEY, and EMC MORTGAGE               )
CORPORATION.                            )
                                        )
        Defendants.                     )
_____)

**ORDER FOR REMAND**

**SAYLOR, J.**

On January 12, 2004, plaintiff Orlando Lopez  filed a complaint against defendants
Insurance Restoration Services, Inc. ("IRS"), Frank Belotti, Nadine D. Phinney, and EMC
Mortgage Corporation ("EMC") in the Housing Court Department of the Trial Court, Worcester
Division.  On February 12, 2004, that case was removed by EMC to this Court on the basis of
claimed diversity jurisdiction under 28 U.S.C. § 1332.

In his complaint, Lopez states that he, along with defendants Belotti and Phinney, are
residents of Massachusetts.  Complete diversity is therefore lacking.  *See Owen Equip. &*
*Erection Co.* v. *Kroger,* 437 U.S. 356, 373 (1978).  Accordingly, this court lacks subject matter
jurisdiction over this matter.  This court does not possess the authority to waive federal
jurisdictional requirements.  *See Quinn* v. *City of Boston*, 325 F.3d 18, 26 (1ˢᵗ Cir. 2003); Fed. R.
Civ. P. 12(h)(3).

Consequently, this matter is remanded to the Housing Court Department of the Trial

Court, Worcester Division.  Plaintiff's pending motion for default judgment and request for hearing to assess damages against defendants IRS, Belotti, and Phinney (Docket No. 10) is DENIED as moot.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor
United States District Judge

Dated: July 2, 2004